IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MATTHEW D. CADE,            :

    Plaintiff,              :
vs.                                         CA 04-0740-C
                                     :
JO ANNE B. BARNHART,
Commissioner of Social Security,   :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff supplemental security income benefits be affirmed.

**DONE** this the 15th day of June, 2005.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**